FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LATITUDE WEALTH MANAGEMENT, LLC a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LATITUDE WEALTH ADVISORS, LLC, a New York limited liability company,<br><br>Defendant. | CASE NO: 4:25-CV-05039-RLP<br><br>ORDER ON STIPULATION FOR DISMISSAL |

Before the Court is the parties' Stipulation and Order of Dismissal without Prejudice, ECF No. 7. The parties stipulate to the dismissal of this action, without prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation for Dismissal, ECF No. 7, is **GRANTED**.

ORDER ON STIPULATION FOR DISMISSAL * 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** without prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED June 27, 2025.

_____
REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATION FOR DISMISSAL * 2